# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

In re:
**Felicia Antionette Fisher,**
Petitioner,

v.

**[Andrea Hertzfeld], in official capacity,**
Respondent.

Case: 1:25-cv-03043
Assigned To : Unassigned
Assign. Date : 9/4/2025
Description: TRO/Prelim. Inj. (D-DECK)

Case No. 2025 CF2 000131_

## PETITION FOR WRIT OF MANDAMUS

### I. Jurisdiction
This Court has jurisdiction under 28 U.S.C. § 1361, which provides federal district courts jurisdiction over any action to compel an officer or employee of the United States, or any lower court acting under color of federal authority, to perform a duty owed to the petitioner. This petition also invokes the All Writs Act, 28 U.S.C. § 1651.

### II. Parties
- Petitioner: Felicia Antionette Fisher, a living woman, appearing without prejudice under UCC 1-308, asserting constitutional rights.
- Respondent: [Andrea Hertzfeld], Judge of the Superior Court of the District of Columbia, acting under color of law.

### III. Statement of Facts
1. Petitioner is currently subject to proceedings in the District of Columbia Superior Court. 2. Petitioner invoked constitutional rights, including due process, the right to keep and bear arms, the right to refuse a compelled mental health examination, and the right to appear remotely.
3. The presiding court and court-appointed counsel have openly declared that "constitutional rights do not apply" in Petitioner's case.
4. The lower court is attempting to compel Petitioner into a mental health evaluation



RECEIVED
SEP 04 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

against her will, without probable cause, a warrant, or lawful due process.
5. Such compelled psychiatric examination would cause irreparable harm, depriving Petitioner of liberty and violating established constitutional protections.

### IV. Constitutional and Legal Grounds

1. Fourth Amendment: Protects against unreasonable searches and seizures, including compelled medical or psychiatric exams.
2. Fifth Amendment: Protects against compelled self-incrimination.
3. Fourteenth Amendment: Guarantees liberty and due process, including the right to refuse unwanted medical treatment (Cruzan v. Missouri Dept. of Health, 497 U.S. 261 (1990)). 4. O'Connor v. Donaldson, 422 U.S. 563 (1975): State cannot confine or compel treatment for a non-dangerous individual.
5. Faretta v. California, 422 U.S. 806 (1975): Recognized the constitutional right to self-representation.
6. Marbury v. Madison, 5 U.S. 137 (1803): Laws repugnant to the Constitution are void.

### V. No Other Adequate Remedy

Petitioner has no adequate alternative remedy. Appeal is not an effective remedy because the violation is immediate and irreparable (forced exam, loss of liberty). Only this Court's intervention through mandamus can prevent further harm.

### VI. Relief Requested

Petitioner respectfully prays that this Court:
1. Issue a Writ of Mandamus compelling the Respondent to cease any order compelling Petitioner into a mental health evaluation.
2. Order that Petitioner's constitutional rights, including the rights to due process, to self-representation, and to refuse unwanted medical treatment, be acknowledged and respected.
3. Grant any other relief this Court deems just and proper.

### VII. Verification

I, Felicia Antionette Fisher, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

_____
Felicia Antionette Fisher
Without Prejudice, UCC 1-308
Authorized Signatory
[819 Kennedy Street NE Washington DC 20011] [227-229-5251/f91840541@gmail.com]